```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEVIN WISE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:08-CR-0483 KJM
                                 )
14             Plaintiff,        )
                                 )  STIPULATION AND ORDER
15       v.                      )  MODIFYING CONDITIONS
                                 )  OF PRETRIAL RELEASE
16  KEVIN WISE,                  )
                                 )
17             Defendant.        )
                                 )
18  _____)

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States 21 of America, and defendant, Kevin Wise, through their respective 22 attorneys, that the conditions of pretrial release ordered on October 17, 23 2008, may be modified to include the following special condition:

24      Defendant shall participate in a program of medical or
25      psychiatric treatment, including treatment for drug or
26      alcohol dependency, as approved by the pretrial services
27      officer.

28  /////

Mr. Wise requests this modification so that he may participate in counseling while on release – there has been no violation of release. Pretrial Services will refer Mr. Wise to one of its treatment providers once the Court adopts the stipulation. Mr. Wise's supervising officer, Renee Basurto, concurs in this request.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 12, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KEVIN WISE

BENJAMIN B. WAGNER
United States Attorney

Dated: March 12, 2012 /s/ T. Zindel for W. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

**O R D E R**

The conditions of pretrial release are modified as set forth above.

IT IS SO ORDERED.

Dated: March 13, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE